AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

**FOR THE**     District of    **PUERTO RICO**

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

| | |
|---|---|
| **EDGARDO NOEL GUERRIDO-GARCIA** | Case Number:    95-CR-387-01 (SEC) |
| | USM Number:    12257-069 |
| | AFPD, CORAL RODRIGUEZ-MORALES |
| | Defendant's Attorney |

**THE DEFENDANT:**

**X**    admitted guilt to violation of    __special cond 1 & standard cond. 1, 2, 9,11__ of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Condition # 1 | Leaving judicial jurisdiction without permission of the Court or USPO. | 11/14/07 |
| Condition # 2 | Failure to report to USPO and submit a written report within the first 5 days of each months. | 11/14/07 |
| Condition # 9 | Associated with persons engaged in criminal activity. | 11/14/07 |
| Condition #11 | Failure to notify to USPO that he was arrested. | 11/14/07 |
| Special Condition #1 | Committed another crimes, federal, state or local. | 11/14/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 22, 2009
Date of Imposition of Judgment

s/ *Salvador E. Casellas*
Signature of Judge

Salvador E. Casellas, U.S. District Judge
Name and Title of Judge

April 22, 2009
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:       EDGARDO N. GUERRIDO-GARCIA
CASE NUMBER:     95-CR-387 (01)(SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TEN (10) MONTHS.  No other term of supervision will be imposed.  That he be given credits (since December 2, 2008) for the time he has been incarcerated.**

The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL